RECEIVED
JUL 12 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY BERTRAM ROACH<br>BOP #79584-004 | : | CIVIL ACTION NO. 16-cv-1645<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN FCI OAKDALE ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the petitioner's objections and determining that the findings contained in the Report and Recommendation are nonetheless correct under applicable law,

**IT IS ORDERED** that petitioner's *habeas* petition be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 12th day of July, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE